CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 17 2017

JULIA C. DUDLEY, CLERK
BY: /s/ H. McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 4:13-cr-00001 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| OSCAR PEREDA-MORELOS | ) | By: Jackson L. Kiser |
| Petitioner. | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** as follows:

(1) The government's motion to dismiss, ECF No. 85, is **GRANTED**;

(2) Pereda-Morelos' motion pursuant to 28 U.S.C. § 2255, ECF No. 78, is **DISMISSED**;

(3) This action is **STRICKEN** from the active docket of this court; and

(4) Finding that Pereda-Morelos has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER:** This 17th day of November, 2017.

*/s/ Jackson L. Kiser*
SENIOR UNITED STATES DISTRICT JUDGE